CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 0 2012

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| SHARON G. WINGATE, EXECUTOR OF THE ESTATE OF DOUGLAS GRAY WINGATE, DECEASED, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 7:12-cv-00576 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | )<br>)<br>)<br>) |
| MEDICAL SALES MANAGEMENT, INC., | )<br>) |
| and | )<br>) |
| BARRY J. CADDEN, | )<br>) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendants, New England Compounding Pharmacy, Inc., D/B/A New England Compounding Center's and Barry J. Cadden's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant New England Compounding Pharmacy, Inc., D/B/A New England Compounding Center and Barry J. Cadden hereby must answer or otherwise move with respect to Plaintiff's Complaint by February 8, 2013.

_____
Samuel G. Wilson