CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JAN 2 4 2013**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| SHARON G. WINGATE, EXECUTOR OF THE ESTATE OF DOUGLAS GRAY WINGATE, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 7:12-cv-00576 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | ) ) ) ) ) | |
| MEDICAL SALES MANAGEMENT, INC., | ) ) | |
| and | ) ) | |
| BARRY J. CADDEN, | ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendant Medical Sales Management, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant Medical Sales Management, Inc. hereby must answer or otherwise move with respect to Plaintiff's Complaint by March 1, 2013.

ENTER: January 2 4th, 2013.

_____
Samuel G. Wilson
United States District Judge